AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

8 U.S.C., Section 1326(b) - Illegal Re-entry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum Prison Term of Twenty Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

**DEFENDANT - U.S.**
▶ JESUS ROCHA-ALVAREZ

**DISTRICT COURT NUMBER**
CR 07 0382 JSW

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.
CR04-0379 JSW

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   JOSHUA EATON

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges   } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution
UNITED STATES MARSHALS SERVICE

Has detainer been filed?   ☑ Yes ☐ No    If "Yes" give date filed  5/10/2007

**DATE OF ARREST** ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year  5/10/2007

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 07 0382 |
|---|---|
| Plaintiff, | ) VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry by an Alien After Deportation |
| v. | ) |
| ROCHA-ALVAREZ, JESUS | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

On or about April 4, 2007, the defendant,

JESUS ROCHA-ALVAREZ,

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the

//
//
//
//

INFORMATION

1  Secretary for Homeland Security not having expressly consented to a reapplication by the
2  defendant for admission into the United States, in violation of Title 8, United States Code,
3  Section 1326.
4
5  DATED: June 13, 2007
6
7                                             SCOTT N. SCHOOLS
                                               United States Attorney
8
9                                             /s/ Ioana Petrou
                                               IOANA PETROU
10                                            Assistant United States Attorney
                                               Chief, Major Crimes Section
11
12
13
14  (Approved as to form: _____ )
                              AUSA EATON
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION                              2