AO 455 (Rev. 5/85)   Waiver of Indictment   ⊕

# United States District Court

————————————— DISTRICT OF —————————————

*FILED*

*JUN 1 9 2007*

*CLERK, RICHARD W. WIEKING*
*NORTHERN U.S. DISTRICT COURT*
*DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

V.

Jesus Nouia - Alvarez -

## WAIVER OF INDICTMENT

CASE NUMBER:   07. 382 - JSW

I,   Jesus Naha Aluarez _____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on _____ prosecution by indictment and consent that the
                                 *Date*

proceeding may be by information rather than by indictment.

$JESUS$·
_____
*Defendant*

Elizabeth M. Falk
_____
*Counsel for Defendant*

Before _____
                 *Judicial Officer*