# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER



Date: June 21, 2007

Case No. CR-07-382 JSW          Judge: Jeffrey S. White

United States of America  v.  Jesus Rocha-Alvarez
                               Defendant
                               Present ( X ) Not Present ( ) In-Custody ( X )

Josh Eaton                          Elizabeth Falk
U.S. Attorney                       Defense Counsel

Deputy Clerk: Jennifer Ottolini     Court Reporter: Sylvia Russo
                                    Spanish Interpreter: Carole Glasser

### PROCEEDINGS

**REASON FOR HEARING:** Change of Plea

**RESULT OF HEARING:**   The Defendant is sworn.
The Court voir dired the Defendant re: Change of Plea
The Defendant pled guilty to Count 1 of the Information in violation of 8 U.S.C. § 1326.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

The Defendant remains in U. S. Marshal custody.

**Case Continued to 9-6-07 at 2:30 p.m. for Judgment and Sentencing**