# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

**Date: September 6, 2007**

**Case No. CR-07-382   JSW**             **Judge: Jeffrey S. White**

**United States of America   v.   Jesus Rocha-Alvarez**
                                    **Defendant**
                                    **Present ( X ) Not Present ( ) In-Custody ( X )**

| | |
|---|---|
| **Josh Eaton** | **Elizabeth Falk** |
| **U.S. Attorney** | **Defense Counsel** |

**Deputy Clerk: Jennifer Ottolini**         **Court Reporter: Debra Pas**
                                            **Spanish Interpreter: Melinda Basker**
                                            **USPO: E. Ann Searles**

## PROCEEDINGS

**REASON FOR HEARING:** Judgment and Sentencing

**RESULT OF HEARING:**   The Court rejects the plea agreement pursuant to Rule 11. The Court advised the defendant that he has the opportunity to withdraw his plea.

**Continued to 10-18-07 at 2:30 p.m. for Further Proceedings re: Judgment and Sentencing**