# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date: October 18, 2007

Case No. CR-07-382 JSW        Judge: Jeffrey S. White

United States of America  v.  Jesus Rocha-Alvarez
                               Defendant
                               Present ( X ) Not Present ( ) In-Custody ( X )

Josh Eaton                            Elizabeth Falk
U.S. Attorney                         Defense Counsel

Deputy Clerk: Lashanda Scott          Court Reporter: Belle Ball
Prob. Officer: Ann Searles            Spanish Interpreter: Melinda Basker

### PROCEEDINGS

**REASON FOR HEARING:** Further Proceedings re: Judgment and Sentencing

**RESULT OF HEARING:** Defendant sentenced to 70 months in the Bureau of Prisons for violating supervised release for a Class E felony. The court recommends that the defendant be placed in a facility outside of California for his own safety. This sentence is run consecutively with the sentence imposed in CR04-0370 JSW. The defendant is placed on supervised release for a term of 3 years upon release from imprisonment. The defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Dept. Of Homeland Security. Upon any reentry into the US during the period of court ordered supervision the defendant shall report to the nearest US Probation Office within 72 hours. The defendant shall submit his person, residence, office, vehicle, or any property under his control to a search. The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons. The defendant shall cooperate with the collection of DNA as directed by the probation officer. The defendant shall pay a $100 special assessment. The Court finds that the defendant does not have the ability to pay a fine and the fine is waived. Plea Agreement filed.

Case Continued to _____ for Further Status
Case Continued to _____ for Motions
.0